UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINE DINGES, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>PITNEY BOWES, INC., a foreign corporation,<br><br>    Defendant. | NO. CV-05-110-JLQ<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE AND CLOSING FILE |

    BEFORE THE COURT is Plaintiff's Motion for Voluntary Dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(2)(Ct. Rec. 10). Plaintiff is currently represented by **Christine Weaver** and **Crystal Spielman**. Defendant is represented by **Paula Lehmann** and **Boris Gaviria**.

    This action was commenced in this court by filing of a notice of removal on April 18, 2005. Defendant filed an Answer to the Complaint on June 1, 2005. Plaintiff then filed this motion for voluntary dismissal on June 20, 2005. FRCP 41(a)(1)(i) allows for voluntary dismissal of an action by a plaintiff simply filing a notice of dismissal prior to a defendant filing an answer or motion for summary judgment. This subsection is inapplicable as Defendant has already answered. FRCP 41(a)(1)(ii) allows for a stipulated dismissal. The parties have not stipulated to the dismissal.

    Therefore, Plaintiff invokes FRCP 41(a)(2) which allows the voluntary dismissal of an action that does not meet the requirements of 41(a)(1) "upon order of the court and upon such terms and conditions as the court deems proper". FRCP 41(a)(2) further

ORDER - 1

provides that "[u]nless otherwise specified in the order, a dismissal under this paragraph is without prejudice."  Under Local Rule 7.1(c), Defendant had 11 days, or until July 1, 2005, to respond to the motion for voluntary dismissal.  Defendant has not filed a response or an objection to the voluntary dismissal.

Accordingly,

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Voluntary Dismissal is **GRANTED**. (Ct. Rec. 10).

2. The Clerk shall enter Judgment of dismissal **without prejudice**.

**IT IS SO ORDERED**.  The Clerk is hereby directed to enter this Order and Judgment of Dismissal without prejudice, furnish copies to counsel, and **close the file**.

**DATED** this 11th day of July, 2005.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE